UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LYNN PRINK,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:24-cv-00850-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 14) |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment, from November 18, 2024 to December 20, 2024. (Doc. 14).  For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **December 20, 2024**.  Plaintiff shall file any optional reply by no later than **January 3, 2025**.

IT IS SO ORDERED.

Dated:   **November 18, 2024**

_____
UNITED STATES MAGISTRATE JUDGE